# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tommie Lee Williams ,

    Plaintiff(s),                                    JUDGMENT IN A CIVIL CASE

vs.                                                      3:12-cv-83

Z. Cooper, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2012 Order.

                                                      Signed: September 28, 2012

                                                      Frank G. Johns, Clerk
                                                      United States District Court